UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee, on behalf of the registered holders of CSAIL 2017-CX10 Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2017-CX10, and the holder(s) of the related Companion Notes, acting by and through its special servicer, CWCapital Asset Management LLC,<br><br>          Plaintiff,<br><br>    v.<br><br>GC SHL, LLC; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY DEPARTMENT OF FINANCE; and JOHN DOES # 1 – 50, said John Doe defendants being fictitious and unknown to Plaintiff, it being intended to name all other parties who may have some interest in or lien upon the premises sought to be foreclosed,<br><br>          Defendants. | Case No.: 1:21-cv-08940 (JPO)<br><br>Hon. J. Paul Oetken<br><br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COUNTERCLAIMS** |

**WHEREAS,** on or about December 16, 2021, defendant GC SHL, LLC ("Borrower") filed its Answer [Dkt. No. 21] to the Complaint, dated November 1, 2021 (the "Complaint") [Dkt. No. 1], and Counterclaim asserting two counterclaims (the "Counterclaims") against plaintiff Wells Fargo Bank, National Association, as Trustee, on behalf of the registered holders of CSAIL 2017-CX10 Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2017-CX10, and the holder(s) of the related Companion Notes ("Plaintiff"), acting by and through its special servicer, CWCapital Asset Management LLC.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, as follows:

1.     The time for Plaintiff to answer, move or otherwise respond to the Counterclaims is hereby extended through and including January 14, 2022.

53928118

- 2 -

2.    This Stipulation may be executed in counterparts and exchanged via facsimile and/or electronic means. Facsimile or electronic signatures shall be deemed as originals for the purpose of this Stipulation.

| | |
|---|---|
| Dated: New York, New York<br>December 28, 2021<br><br>VENABLE LLP | Dated: New York, New York<br>December 28, 2021<br><br>ROSENBERG & ESTIS, P.C. |
| By:  */s/Rishi Kapoor*<br>Rishi Kapoor<br>Arie Peled<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Floor<br>New York, New York 10020<br>Telephone: (212) 307-5500<br>Fax: (212) 307-5598<br>rkapoor@venable.com<br>apeled@venable.com<br><br>Gregory A. Cross<br>VENABLE LLP<br>750 E. Pratt Street<br>Suite 900<br>Baltimore, Maryland 21202<br>Phone: (410) 244-7400<br>Fax: (410) 244-7742<br>gacross@venable.com<br><br>*Counsel for Plaintiff* | By:  */s/Stacey A. Lara*<br>Stacey A. Lara<br>733 Third Avenue<br>New York, New York 10017<br>Phone: (212) 867-6000<br>Fax: (212) 551-8484<br>slara@rosenbergestis.com<br><br>*Counsel for Defendant GC SHL, LLC* |

SO ORDERED.
Dated: _____

_____
J. PAUL OETKEN
United States District Judge