UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee, on behalf of the registered holders of CSAIL 2017-CX10 Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2017-CX10, and the holder(s) of the related Companion Notes, acting by and through its special servicer, CWCapital Asset Management LLC, <br><br>            Plaintiff, <br><br>    v. <br><br>GC SHL, LLC; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; NEW YORK CITY DEPARTMENT OF FINANCE; and JOHN DOES # 1 – 50, said John Doe defendants being fictitious and unknown to Plaintiff, it being intended to name all other parties who may have some interest in or lien upon the premises sought to be foreclosed, <br><br>            Defendants. | Case No.: 1:21-cv-08940 (JPO) <br><br> Hon. J. Paul Oetken <br><br><br> **NOTICE OF MOTION FOR THE APPOINTMENT OF A RECEIVER** |

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law in Support of Plaintiff's Motion for the Appointment of a Receiver, the Declaration of Alex Killick sworn to on April 14, 2023 and the exhibits annexed thereto, the Declaration of Rishi Kapoor sworn to on April 18, 2023 and the exhibits annexed thereto (the "Kapoor Declaration"), the Declaration of Chad F. Sorensen sworn to on April 14, 2023 and the exhibits annexed thereto, and all pleadings and proceedings heretofore had before this Court, Plaintiff Wells Fargo Bank, National Association, as trustee, on behalf of the registered holders of CSAIL 2017-CX10 Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2017-CX10, and the holder(s) of the related Companion Notes ("Plaintiff"), acting by and through its special servicer, CWCapital Asset Management LLC, will move this Court, before the Honorable J. Paul Oetken, United States District Court Judge for the United States District Court for the Southern District of New York, at the United States Courthouse, Courtroom 706, 40 Foley Square, New York, New

59617180

- 2 -

York 10007, at a date and time to be designated by the Court, for an Order in substantially the form attached as Exhibit 4 to the Kapoor Declaration: (i) appointing Chad F. Sorensen as receiver; and (ii) such other and further relief as may be just and proper.

Dated: New York, New York
April 18, 2023

Respectfully submitted,

**VENABLE LLP**

By: */s/ Rishi Kapoor*
Gregory A. Cross
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
Tel.: (410) 244-7400
Fax: (410) 244-7742
gacross@venable.com

Rishi Kapoor
Arie Peled
151 W. 42nd Street
New York, New York 10036
Tel.: (212) 307-5500
Fax: (212) 307-5598
rkapoor@venable.com
apeled@venable.com

*Counsel for Plaintiff*